IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| KELLI JUNG, | JUDGMENT IN A CIVIL CASE |
|     Plaintiff, | Case No. 14-cv-241-jdp |
| v. | |
| COTTONWOOD FINANCIAL WISCONSIN, LLC, and KOHN LAW FIRM, S.C., | |
|     Defendants. | |

This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Cottonwood Financial Wisconsin, LLC and Kohn Law Firm, S.C. and dismissing this case for lack of jurisdiction.

| s/V. Olmo, Deputy Clerk | 9/26/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |